UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GEORGE R. SIMPSON,

                Plaintiff,

    - against -                                  **JUDGMENT**

                                                            CV-06-6743 (JFB)

TOWN OF SOUTHAMPTON,

                Defendant.
-------------------------------------------------------------X

        An Order of Hon. Joseph F. Bianco, United States District Judge, having been filed on February 11, 2008, dismissing this action pursuant to Fed. R. Civ. Proc. 41(a)(2), it is

        **ORDERED AND ADJUDGED** that plaintiff take nothing of defendant; and that plaintiff's case is hereby dismissed without prejudice.


Dated: Central Islip, New York
          February 11, 2008

                                                          ROBERT C. HEINEMANN
                                                          CLERK OF THE COURT

                                          BY:    /S/ LORRAINE SAPIENZA
                                                            DEPUTY CLERK